Diamond Plate Glass Co. v. Covalt.

## DIAMOND PLATE GLASS COMPANY v. SNOWHILL.

[No. 2,602.    Filed Nov. 22, 1899.    Rehearing denied March 7, 1900.]

From the Tipton Circuit Court.    *Reversed.*

*J. C. Blacklidge* and *C. C. Shirley*, for appellant.

*B. C. Moon* and *C. Wolf*, for appellee.

PER CURIAM.—The questions presented in this appeal are the same as those in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and in *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority of those cases the judgment is reversed.

## DIAMOND PLATE GLASS COMPANY v. WARE.

[No. 2,603.    Filed Nov. 22, 1899.    Rehearing denied March 7, 1900.]

From the Tipton Circuit Court.    *Reversed.*

*J. C. Blacklidge* and *C. C. Shirley*, for appellant.

*B. C. Moon* and *C. Wolf*, for appellee.

PER CURIAM.—The questions presented on this appeal are the same as those in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and in *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority of those cases the judgment is reversed.

## DIAMOND PLATE GLASS COMPANY v. COVALT.

[No. 2,604.    Filed Nov. 22, 1899.    Rehearing denied March 7, 1900.]

From the Tipton Circuit Court.    *Reversed.*

*J. C. Blacklidge* and *C. C. Shirley*, for appellant.

*B. C. Moon* and *C. Wolf*, for appellee.

PER CURIAM.—The questions presented on this appeal are the same as those in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and in *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority of those cases the judgment is reversed.